UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM M. KELLEY, JR., :
:
Plaintiff, :
v. :      CASE NO.  3:17-CV-01147-JMM
:
JPMORGAN CHASE BANK, N.A., :
CHASE BANK USA, N.A., :
JP MORGAN SPECIALTY :
MORTGAGE, LLC a/k/a JPMC :
SPECIALITY MORTGAGE, LLC, and :
CHASE HOME LOANS, LLC, :
:
Defendants. :
:

### STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, William M.

Kelley and his counsel ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., as successor

by merger to Chase Home Finance LLC (s/h/a JPMorgan Chase Bank, N.A. and Chase Home

Loans, LLC); Chase Bank USA, N.A.; and JPMorgan Specialty Mortgage, LLC (s/h/a JP

Morgan Specialty Mortgage, LLC a/k/a JPMC Specialty Mortgage, LLC) and their counsel

(collectively, "Defendants") that the above captioned action is dismissed with prejudice and

without costs against any party.

LAW OFFICE OF MICHAEL P.
FORBES, PC

Respectfully submitted,

Michael P. Forbes, Esq.
*Attorney for Plaintiff,*
William M. Kelley, Jr.

PARKER IBRAHIM & BERG LLC

Respectfully submitted,

Anita J. Murray, Esq.
*Attorney for Defendants,*
JPMorgan Chase Bank, N.A., as successor
by merger to Chase Home Finance, LLC
(s/h/a JPMorgan Chase Bank, N.A. and

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **WILLIAM M. KELLEY, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **CASE NO.  3:17-CV-01147-JMM** |
| | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | |
| **CHASE BANK USA, N.A.,** | : | |
| **JP    MORGAN    SPECIALTY** | : | |
| **MORTGAGE, LLC a/k/a JPMC** | : | |
| **SPECIALITY MORTGAGE, LLC, and** | : | |
| **CHASE HOME LOANS, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Anita J. Murray, Esq., hereby certify that on December 1, 2017, a true and correct copy of the parties' Stipulation for Dismissal of Action with Prejudice was filed and served via the United States District Court's electronic filing system upon all counsel of record:

> Michael P. Forbes, Esq.
> 200 Eagle Road, Suite 50
> Wayne, Pennsylvania 19087
> Michael@mforbeslaw.com
> *Attorney for Plaintiff,*
> William M. Kelley, Jr.

> **PARKER IBRAHIM & BERG LLC**
> /s/ *Anita J. Murray*
> Anita J. Murray, Esq.
> *Attorney for Defendants,*
> JPMorgan Chase Bank, N.A., as successor
> by merger to Chase Home Finance, LLC
> (s/h/a JPMorgan Chase Bank, N.A. and
> Chase Home Loans, LLC); Chase Bank
> USA, N.A.; and JPMorgan Specialty
> Mortgage, LLC (s/h/a JP Morgan Specialty
> Mortgage, LLC a/k/a JPMC Specialty
> Mortgage, LLC)