UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. KELLEY, JR., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:17-CV-01147-JMM |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JP MORGAN SPECIALTY MORTGAGE, LLC a/k/a JPMC SPECIALITY MORTGAGE, LLC, and CHASE HOME LOANS, LLC, | : |
| Defendants. | : |

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, William M. Kelley and his counsel ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC (s/h/a JPMorgan Chase Bank, N.A. and Chase Home Loans, LLC); Chase Bank USA, N.A.; and JPMorgan Specialty Mortgage, LLC (s/h/a JP Morgan Specialty Mortgage, LLC a/k/a JPMC Specialty Mortgage, LLC) and their counsel (collectively, "Defendants") that the above captioned action is dismissed with prejudice and without costs against any party.

| LAW OFFICE OF MICHAEL P. FORBES, PC | PARKER IBRAHIM & BERG LLC |
|---|---|
| *Respectfully submitted,* | *Respectfully submitted,* |
| /Michael P. Forbes, Esq. | Anita B. Murray, Esq. |
| *Attorney for Plaintiff,* | *Attorney for Defendants,* |
| William M. Kelley, Jr. | JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC (s/h/a JPMorgan Chase Bank, N.A. and |

SO ORDERED:

_____  12/4/17